ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

EDGAR GUZMAN,
    Plaintiff

v.                               CASE NUMBER: 1:04-CV-2527

P.A. LAINO and P.A. HOLTZAPPLE,
    Defendants                  (Judge Conner)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of defendants, RONALD A. LAINO and JENNIFER HOLTZAPPLE, and against plaintiff Edgar Guzman, in accordance with the court order dated September 7, 2006.

Date: September 7, 2006                Mary E. D'Andrea, Clerk of Court

                                                     (By) Kimberly A. McKinney, Deputy Clerk